No. 03–339. SOSA *v.* ALVAREZ-MACHAIN ET AL.; and
No. 03–485. UNITED STATES *v.* ALVAREZ-MACHAIN ET AL. C. A. 9th Cir. [Certiorari granted, 540 U. S. 1045.] Motion of the Solicitor General for enlargement of time for oral argument and for divided argument granted.

## MARCH 22, 2004

No. 03–7276. SHIELDS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington, ante,* p. 36.

No. 03–7626. CORONA *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crawford* v. *Washington, ante,* p. 36.

No. 03–8376. NABELEK *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.